George A. Bergtold, Appellee, v. Sidney W. Worthy, Appellant.

Gen. No. 17,908.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN D. TURNBAUGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 14, 1913.

## Statement of the Case.

Action by George A. Bergtold against Sidney W. Worthy on an oral contract. From a verdict for plaintiff for $3,534.24, defendant appeals.

WILLARD C. McNITT and CLARK M. CAVENEE, for appellant.

MILES J. DEVINE, for appellee; JOHN T. MURRAY, of counsel.

MR. JUSTICE CLARK delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

## Abstract of the Decision.

Vendor and purchaser, § 324*—*when purchaser may recover money paid.* In an action upon an oral contract by which a plaintiff was to obtain from a defendant his interest in certain lands, or in contracts for the purchase of such lands, where it appeared that the defendant sold such interest to another than the plaintiff, to avoid payment of interest, and taxes and forfeiture, *held,* that the defendant did not have a right to forfeit such contract but that it was rescinded by mutual consent, wherefore the plaintiff, or vendee, had the right to recover from the vendor money paid on the contract.